**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-285-JLH |
| | ) |
| v. | ) |
| | ) |
| CYMABAY THERAPEUTICS, INC., | ) JURY TRIAL DEMANDED |
| ROBERT J. WILLS, JANET DORLING, | ) |
| ÉRIC LEFEBVRE, CAROLINE LOEWY, | ) |
| SUJAL SHAH, KURT VON EMSTER, and | ) |
| THOMAS G. WIGGANS, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  April 17, 2024                          **LONG LAW, LLC**

                                      By:    */s/ Brian D. Long*
                                            Brian D. Long (#4347)
                                            3828 Kennett Pike, Suite 208
                                            Wilmington, DE 19807
                                            Telephone: (302) 729-9100
                                            Email: BDLong@longlawde.com

                                            *Attorneys for Plaintiff*